## JOHNSON v. WALLENSLAGER

No. 269P94

Case below: 114 N.C.App. 665

Petition by defendant (Liberty Mutual Insurance Co.) for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## JUDKINS v. JUDKINS

No. 256P94

Case below: 113 N.C.App. 734

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## LEETE v. COUNTY OF WARREN

No. 308A94

Case below: 114 N.C.App. 755

Notice of Appeal by plaintiffs from the North Carolina Court of Appeals pursuant to G.S. 7A-30 is retained 28 July 1994.

## MEHOVIC v. KEN WILSON FORD

No. 112P94

Case below: 113 N.C.App. 559

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.

## MYRICK v. PEEDEN

No. 150P94

Case below: 113 N.C.App. 638

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 July 1994.